UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>MARCOS CABRERA-SORIANO,<br>DOMINGO ALONSO HEREDIA-MADRIGAL,<br><br>    Defendant. | Case No. 04-mj-00146 (GAG) |

**O R D E R**

This material-witness proceeding is closed for all purposes. In any event, the court relieves attorney Everett M. de-Jesús-Kitchen from any further representation of material witnesses Marcos Cabrera-Soriano and Domingo Alonso Heredia-Madrigal, on account of the attorney's illness.

**IT IS SO ORDERED.**

San Juan, Puerto Rico, this 9th day of March, 2006.

                                        S/José Antonio Fusté
                                        JOSE ANTONIO FUSTE
                                        Chief U. S. District Judge